Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Van Voorhis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD T. BELDEGREEN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Van Voorhis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY DUKATT, Appellant.— Judgment affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Van Voorhis, JJ.; Glennon and Cohn, JJ., dissent and vote to reverse and dismiss the complaint on the ground that the guilt of the defendant was not established beyond a reasonable doubt.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISIDORE HILLMAN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Van Voorhis, JJ.

CONSTANCE WEBB, Respondent, v. BAYVIEW COUNTRY CLUB OF RYE, INC., Impleaded etc., Appellant, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Van Voorhis, JJ.

TROJAN PUBLISHING CORPORATION, Appellant, v. MANUFACTURERS TRUST COMPANY, Defendant, and COMMERCIAL NATIONAL BANK & TRUST COMPANY OF NEW YORK et al., Respondents. (Action No. 1.) ARROW PUBLICATIONS, INC., Appellant, v. MANUFACTURERS TRUST COMPANY, Defendant, and COMMERCIAL NATIONAL BANK & TRUST COMPANY OF NEW YORK et al., Respondents. (Action No. 2.) — Judgments and orders unanimously affirmed, with one bill of costs of these appeals. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Van Voorhis, JJ. [See post, p. 878.]

VERNAT, INC., Respondent, v. CROSS & BROWN COMPANY, Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements, with leave to defendant-appellant to answer the complaint within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Van Voorhis, JJ.

GOTHAM BOOK MART, INC., Appellant-Respondent, v. INTERNATIONAL JEWELERS EXCHANGE, INC., et al., Respondents-Appellants.— Orders unanimously affirmed, without costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Van Voorhis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SEN LUNG WONG, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Van Voorhis, JJ.

JACOB HELLER, Respondent, v. AARON PECHENIK et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Van Voorhis, JJ.

ALL STATES FREIGHT, INC., Respondent, v. FRANK E. RAZ, Doing Business as RAZ DELIVERY Co., Defendant, and AMERICAN FIDELITY FIRE INSURANCE COMPANY, Appellant.— Order affirmed, with $20 costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and · Van Voorhis, JJ.; Cohn, J., dissents and votes to reverse and grant the motion.

L. P. STREAN LABORATORIES, INC., Respondent, v. FREDERICK A. KLENK, Doing Business under the Name of EXCEL PHARMACAL Co., Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer the complaint within ten days after service of the order,